# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

GEORGE WALTER HEISELMANN,

    Plaintiff,

v.

SGT. JACQUELINE GRAVATT, *et al.*,

    Defendants.

Case No. 2:11-CV-01878-KJD-RJJ

**ORDER**

    Presently before the Court is Plaintiff's Motion to Withdraw Motion for Partial Summary Judgment (#4).  Good cause being found, the Court **GRANTS** Plaintiff's motion to withdraw.  The Clerk of the Court shall terminate Plaintiff's Motion for Partial Summary Judgment (#2).

**IT IS SO ORDERED.**

    DATED this 29th day of December 2011.

_____
Kent J. Dawson
United States District Judge