# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE WALTER HEISELMANN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SGT. JACQUELINE GRAVATT, *et al*.,<br><br>　　　　Defendants. | Case No. 2:11-CV-01878-KJD-RJJ<br><br>**ORDER** |

Presently before the Court is Plaintiff's Motion to Withdraw Motion for Partial Summary Judgment (#4). Good cause being found, the Court **GRANTS** Plaintiff's motion to withdraw. The Clerk of the Court shall terminate Plaintiff's Motion for Partial Summary Judgment (#2).

**IT IS SO ORDERED.**

DATED this 29th day of December 2011.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Kent J. Dawson
　　　　　　　　　　　　　　　　United States District Judge