# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

GEORGE WALTER HEISELMANN,

    Plaintiff,

v.

SGT. JACQUELINE GRAVATT, *et al.*,

    Defendants.

Case No. 2:11-CV-01878-KJD-RJJ

**ORDER**

Presently before the Court is Plaintiff's Motion for Judgment on Claim (#6).  Plaintiff's Application for Leave to Proceed *In Forma Pauperis* (#1) was filed on November 21, 2011 and has not yet been adjudicated by the magistrate judge.  As a result Plaintiff's complaint has not been filed or screened.  Furthermore, Plaintiff's complaint has not been served on Defendants.  Therefore, Plaintiff's motion is premature.  Plaintiff cannot proceed unless his Application is approved or he pays the full filing fees.

Accordingly, Plaintiff's Motion for Judgment on Claim (#6) is **DENIED as premature**.

DATED this 30th day of January 2012.

_____
Kent J. Dawson
United States District Judge