# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE WALTER HEISELMANN,<br><br>　　　Plaintiff,<br><br>v.<br><br>JACQUELINE GRAVATT, *et al.*,<br><br>　　　Defendants. | Case No. 2:11-CV-01878-KJD-RJJ<br><br>**ORDER** |

　　　Presently before the Court is Plaintiff's Motion to Withdraw Civil Rights Complaint (#9). No answer or motion for summary judgment having been filed, the Court grants Plaintiff's motion for voluntary dismissal in accordance with Federal Rule of Civil Procedure 41. No fees or costs will be assessed to Plaintiff. The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

　　　DATED this 10th day of April 2012.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Kent J. Dawson
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge