# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GEORGE WALTER HEISELMANN,

    Plaintiff,

v.

JACQUELINE GRAVATT, *et al*.,

    Defendants.

Case No. 2:11-CV-01878-KJD-RJJ

**ORDER**

    Presently before the Court is Plaintiff's Motion to Withdraw Civil Rights Complaint (#9). No answer or motion for summary judgment having been filed, the Court grants Plaintiff's motion for voluntary dismissal in accordance with Federal Rule of Civil Procedure 41. No fees or costs will be assessed to Plaintiff. The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

    DATED this 10th day of April 2012.

_____
Kent J. Dawson
United States District Judge